DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Timothy Graulich, Esq.
Angela M. Libby, Esq.
Dylan A. Consla, Esq.

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 15 |
| BALLANTYNE RE PLC, | : | Case No. 19-11490 (JLG) |
| Debtor in a foreign proceeding. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING TO BE HELD ON JUNE 11, 2019 AT
<u>2:00 P.M (PREVAILING EASTERN TIME)</u>**

Time and Date of Hearing:    June 11, 2019 at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James L. Garrity, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

## I. CONTESTED MATTERS

1. Foreign Representative's Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief under Chapter 15 of the Bankruptcy Code **[ECF No. 3]**

    Responses Received:

    A.    ESM Fund I L.P.'s Objection to the Foreign Representative's Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of

Sanction Order and Related Scheme, and (IV) Related Relief under Chapter 15 of the Bankruptcy Code **[ECF No. 14]**

<u>Related Documents</u>:

A. Chapter 11 Petition for Recognition of Foreign Proceeding **[ECF No. 1]**

B. Declaration of Adrian Masterson in Support of the Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code **[ECF No. 4]**

C. Declaration of Ruairi Rynn in Support of the Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code **[ECF No. 5]**

D. Motion Pursuant to Fed. R. Bankr. P. 2002 and 9007 Requesting Entry of Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice **[ECF No. 6]**

E. Order Pursuant to Fed. R. Banker P. 2002 and 9007 Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice **[ECF No. 8]**

F. Certificate of Publication **[ECF No. 9]**

G. Certificate of Service of Noticing Agent **[ECF No. 10]**

H. Foreign Representative's Reply to ESM Fund I L.P.'s Objection to the Foreign Representative's Motion for (I) Recognition Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief under Chapter 15 of the Bankruptcy Code **[ECF No. 17]**

I. Joinder of Ambac Assurance UK Limited in Support of Foreign Representative's Reply to ESM Fund I, L.P.'s Objection to Recognition of Irish Proceeding and in Support of Recognition of the Irish Proceeding **[ECF No. 19]**

J. Joinder of Merced Capital L.P. in Support of Foreign Representative's Reply to ESM Fund I, L.P.'s Objection to Recognition of Irish Proceeding and in Support of Recognition of the Irish Proceeding **[ECF No. 20]**

K. Supplemental Declaration of Ruairi Rynn in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief under Chapter 15 of the Bankruptcy Code **[ECF No. 21]**

L. Second Supplemental Declaration of Ruairi Rynn in Support of

Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief under Chapter 15 of the Bankruptcy Code **[ECF No. 24]**

Status: This matter is going forward.

Dated: June 10, 2019
     New York, New York

/s/ Timothy Graulich
DAVIS POLK & WARDWELL LLP
450 Lexington Ave
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Timothy Graulich, Esq.
Angela M. Libby, Esq.
Dylan A. Consla, Esq.

*Counsel to the Foreign Representative*